■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMANI STEPHENSON, Appellant. [957 NYS2d 261]

Concur—
Tom, J.P., Sweeny, Moskowitz, Renwick and Clark, JJ.